AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__    District of    __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

ISAIAH LUTHER MERCER a/k/a "Lovey"
943 East 23rd Street
2nd Floor
Erie, PA 16503

To: The United States Marshal
and any Authorized United States Officer

2003 APR 10 A 4:58
**WARRANT FOR ARREST**
PITTSBURGH PA.
Case Number: CR 03-19 ERIE    UNDER SEAL

YOU ARE HEREBY COMMANDED to arrest    __ISAIAH LUTHER MERCER a/k/a "Lovey"__
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with    (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

Count I    21 U.S.C. 841(a)(1) &    Possession with intent to distribute fifty (50) grams or more of cocaine base
           841(b)(1)(A)(iii)

Nicole Holminski                                    Docket Clerk
Name of Issuing Officer                             Title of Issuing Officer

_Nicole Holminski_ (signature)                      April 8, 2003          Erie, PA
Signature of Issuing Officer                        Date and Location

Bail fixed at $ __TO BE SET__    by __UNITED STATES MAGISTRATE JUDGE__
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/?/05 | ALLEN J. SUTHERLAND | /s/ |
| DATE OF ARREST 9/7/05 | DEPUTY U.S. MARSHAL | |