IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Criminal No. 03-19 | Erie |
| | ) | | |
| ISAIAH LUTHER MERCER | ) | **(Under Seal)** | |
| a/k/a "Lovey" | ) | | |

### ARRAIGNMENT PLEA

Defendant Isaiah Luther Mercer being arraigned, pleads not guilty in open Court this 20th day of October, 2005

_____
(Defendant's Signature)

_____
(Attorney for Defendant)