UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : |
| ISAIAH LUTHER MERCER, | : |
| a/k/a "LOVEY" | :   CRIMINAL NO. 03-19- Erie, |
| Pennsylvania 16502 | |

**ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon the

Defendant's Motion for Extension of Time to File Pre-Trial Motions, it is hereby

ORDERED, ADJUDGED and DECREED that _____

_____

_____

_____

_____
J.