UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ISAIAH LUTHER MERCER, | : |
| a/k/a "LOVEY" | :   CRIMINAL NO. 03-19- Erie, |

**ORDER**

AND NOW, to-wit, this _____ day of _____, 200_____, upon the Defendant's Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pre-trial motions shall be excluded under Title 18 U.S.C. §3161 (h)(8)(A), since the court finds that the court finds that the additional period is necessary to enable defense counsel's expert to examine the hard drive and issue a report.

IT IS FURTHER ORDERED THAT ANY PRE-TRIAL MOTIONS REFERRED TO IN Local Criminal Rule 16 are due on or before February27, 2006.

_____
Sean J. McLaughlin
United States District Judge