UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : |
| ISAIAH LUTHER MERCER, | : |
| a/k/a "LOVEY" | :   CRIMINAL NO.  03-19- Erie, |

## ORDER

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the within Motion for Continuance to continue the trial term from March, 2006 until May, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period for the defendant's trial from March 13, 2006 until May 8, 2006, shall be excluded under Title 18 U.S.C. §3161 (h) (8) (A), since the court finds that the additional period is necessary to enable defense counsel to adequately prepare a defense on behalf of the defendant.

_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE