UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ISAIAH LUTHER MERCER, | : | |
| a/k/a "LOVEY" | : | CRIMINAL NO.  03-19- Erie, |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of defendant's Motion for Continuance was served upon the following, by hand delivery, first class United States Mail or through the ECF, on the 17th day of February, 2006, to the party listed below:

Christopher Tabold
Assistant U.S. Attorney
Federal Courthouse, Room A330
17 South Park Row
Erie, Pennsylvania  16501

                              **MELARAGNO & PLACIDI**

                By:     /s/Gene P. Placidi
                        Gene P. Placidi, Esq.