UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : |
| ISAIAH LUTHER MERCER, | : |
| a/k/a "LOVEY" | :    CRIMINAL NO.  03-19- Erie |

**MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

AND NOW, comes the defendant, Isaiah Luther Mercer, by and through his attorney, Gene P. Placidi, Esquire, and files the following Motion for Extension of Time to File Pre-Trial Motions, averring in support thereof as follows:

1. The defendant is charged by federal indictment at the above term and number With one (1) count of Possession With Intent to Distribute 50 grams or More of Cocaine Base, a Scheduled II Controlled Substance.

2. The defendant was granted a second Extension of time by this Honorable Court to file any and all pre-trial motions. Defendant's pre-trial motions are due on or before February 27, 2006.

3. The defendant is attempting to cooperate with the government and is in need of additional time to file pre-trial motions.

4. Consequently, the undersigned respectfully request that the Court grant him an additional thirty (30) days to file any pre-trial motions on behalf of the defendant.

**WHEREFORE,** the undersigned respectfully requests that the Court Enter an Order granting him an additional thirty (30) days to file any and all pre-

trial motions on behalf of the defendant, Isaiah Luther Mercer, regarding the above captioned matter.

                                                                Respectfully submitted,

                                        By:    /s/ Gene P. Placidi
                                                    Gene P. Placidi, Esq.
                                                    502 West 7th Street
                                                    Erie, Pennsylvania  16502
                                                    814-459-5557
                                                    814-453-6778