UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : |
| ISAIAH LUTHER MERCER, | : |
| a/k/a "LOVEY" | :   CRIMINAL NO. 03-19- Erie, |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of defendant's Motion for Extension of time to File Pre-Trial Motions was served upon the following, by hand delivery or first class United States Mail, on the 23rd day of February, 2006, to the party listed below.

Christian A. Trabold
Assistant U.S. Attorney
Federal Courthouse
Room A 330
17 South Park Row
Erie, Pennsylvania 16501-1158

                                                Respectfully submitted,


                                By:     /s/ Gene P. Placidi_____
                                         Gene P. Placidi, Esq.