UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ISAIAH LUTHER MERCER, ) | |
| a/k/a "LOVEY" ) | NO. 03-cr-19- Erie |

## ORDER OF THE COURT

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the foregoing, defendant's Pre-Trial Motions, it is hereby Ordered, Adjudged and Decreed that the:

1. Motion for Discovery is_____

2. Motion for Suppression is _____

3. Motion for Suppression of Statements is_____

4. Motion for Disclosure of Confidential Informant is _____

5. Motion for Government Agents and State and Local Law Enforcement Officers to Retain Rough Notes and Writings is _____

6. Motion to disclose and Exclude Uncharged Misconduct Evidence is _____

7. Motion for Early Disclosure of Jencks Materials is _____

8. Motion for Notice by the Government of Intention to Use Evidence Arguably Subject to Suppression is _____

9. Motion to Preserve Evidence _____

10. Motion to exclude Evidence of Defendant's Prior Convictions is _____

15

11. Motion for Leave to File Additional Pretrial Motions is _____

                                        BY THE COURT:

                                        _____
                                        Sean McLaughlin, Judge
                                        United States District Court
                                        Western District of PA

Case 1:03-cr-00019-SJM    Document 23-2    Filed 02/27/2006    Page 2 of 2