UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ISAIAH LUTHER MERCER, | ) | |
| a/k/a "LOVEY" | ) | NO.  03-cr-19- Erie, |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of defendant's Pre-Trial Motions were served upon the following, by hand delivery, first class United States Mail or through the ECF, on the 27th day of February, 2006, to the party listed below:

Christopher Tabold
Assistant U.S. Attorney
Federal Courthouse, Room A330
17 South Park Row
Erie, Pennsylvania  16501

        **MELARAGNO & PLACIDI**


    By:   /s/Gene P. Placidi
             Gene P. Placidi, Esq.

17