IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 03-19 Erie |
| ) | |
| ISAIAH LUTHER MERCER ) | |
|    a/k/a "Lovey" ) | |

**O R D E R**

AND NOW to wit, this _____ day of March, 2006, upon consideration of the Government's Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED that the extended time period within which government may file pretrial motions shall be excluded under Title 18, United States Code, Section 3161(h)(8)(A), since the court finds that the additional period is necessary to enable the parties to negotiate a resolution of this case.

IT IS FURTHERED ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **May 15, 2006.**

 

_____
SEAN J. MCLAUGHLIN
United States District Judge