# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. ) 
) Plaintiff 
) 
vs. ) No. CR 03-19 E 
Isaiah Mercer ) 
) Defendant

HEARING ON: Mtn to Suppress

Held on: 6-13-06

Before Judge: Sean J McLaughlin

Appear for Plaintiff: Chris Trabold, AUSA
Appear for Defendant: Gene Placidi

Hearing begun: 9:30 am - 10:00 am   10:15 am - 12:00 pm
Hearing adjourned to: 1:00 pm - 2:00 pm
Hearing concluded C.A.V.: 2:10 pm - 2:
Concluded: 2:40 pm
Stenographer: Sondra Black
Clerk: Nicole Kurzek

### WITNESSES:

**For Plaintiff:**
Michael Nolan
Matthew Fisher
Government's Exhibits 1-2-3 admitted
(1) TAPE - Mr. Mercer's statement, Clerk's office (2) Your Rights/Waiver (3) Waiver form

**For Defendant:**
Deborah Foreman

Mtn to Suppress is DENIED for reasons set forth on the record.