BUREAU OF CRIMINAL INVESTIGATION
ERIE POLICE DEPARTMENT
ERIE, PENNSYLVANIA

YOUR RIGHTS

Date 2/24/03

Time 0308 hrs

1. You have the right to remain silent.

2. Anything you say can and will be used against you in a court of law.

3. You have the right to talk to a lawyer and have him present with you while you are
   being questioned.

4. If you cannot afford to hire a lawyer, one will be appointed to represent you,
   without charge, before any questioning, if you wish.

5. Should you decide to talk to us, you can stop the questioning at any time.

WAIVER:

1. Do you understand each of these rights I have explained to you?

Answer - _I M    YES_

2. Having these rights in mind, do you wish to talk to us now?

Answer - _I. M    YES_

Signed _____

WITNESS _Sgt _____

WITNESS _____

FRI-02-04 5/99

GOVERNMENT
EXHIBIT
2



# Department of Public Safety
## BUREAU OF POLICE



GOVERNMENT
EXHIBIT
3

### WAIVER FORM

DATE  _2 - 24 - 03    2 : 30 Am_

I, ___Deborah Foreman___, HAVING BEEN INFORMED OF

MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF THE PREMISES

HEREINAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO

REFUSE TO CONSENT TO SUCH A SEARCH, HEREBY AUTHORIZE

___Det. M J Benacci___, AND ___Sgt. mike Nolen___,

MEMBERS OF THE ERIE POLICE DEPARTMENT, TO CONDUCT A COMPLETE SEARCH

OF MY (PREMISES) AND/OR VEHICLE LOCATED AT ___2511 German St (downstairs)___

THESE POLICE OFFICERS ARE AUTHORIZED BY ME TO TAKE FROM MY PREMISES

ANY LETTERS, PAPERS, MATERIALS OR OTHER PROPERTY WHICH THEY MAY

DESIRE.

THIS WRITTEN PERMISSION IS BEING GIVEN BY ME TO THE ABOVE

MENTIONED POLICE OFFICERS VOLUNTARILY AND WITHOUT THREATS OR PROMISES

OF ANY KIND.

SIGNED: _Deborah Foreman_

WITNESSES:

_Det. M J Benacci_

_Sgt. M Nolan_

FRI-02-07