# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
vs. ) CRIMINAL NO. 03-19 ERIE
)
ISAIAH LUTHER MERCER )
)
Defendant )

## CHANGE OF PLEA HEARING

Held on  July 31, 2006

Before Judge  Sean J. McLaughlin

Christian Trabold, AUSA                        Gene P. Placidi

Counsel for U.S.A.                             Counsel for Defendant

Hearing begun  9:58 am            Hearing adjourned to  10:20 am

Hearing concluded C.A.V. _____    Stenographer Ronald J. Bench

                                        Clerk  N. Kierzek

### WITNESSES:

DEFENDANT SWORN; DEFENDANT FOUND COMPETENT

PLEA ENTERED FOR COUNT(S) ONE (1)

GOVERNMENT'S EXHIBIT  1, Plea Agreement  ADMITTED AND ATTACHED

DEFENDANT TO BE SENTENCED ON November 17, 2006  AT ~~10:00 am~~ 1:30 pm