IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 03-19 ERIE |
| | ) | |
| ISAIAH LUTHER MERCER,<br>    Defendant. | ) | |

### PLEA

AND NOW, the defendant, **ISAIAH LUTHER MERCER,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered October 10, 2005, and now pleads GUILTY to Count(s) One (1) in open Court this 31st day of July, 2006

_____
Isaiah Luther Mercer, Defendant

_____
Gene P. Placidi, Attorney for Defendant